Barry D. Epstein, Esq.
Michael J. Epstein, Esq.
**THE EPSTEIN LAW FIRM, P.A.**
340 West Passaic Street
Rochelle Park, New Jersey 07662
(201) 845-5962
Attorneys for Plaintiffs and Interim Class Counsel
bdepstein@theepsteinlawfirm.com
mjepstein@theepsteinlawfirm.com

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZACHARY GALICKI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEW JERSEY, et al.<br><br>Defendants. | Case No.: 2:14-cv-00169 (JLL-JAD)<br><br>Honorable Jose L. Linares, U.S.D.J.<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WILLIAM STEPIEN** |
| GW CAR SERVICE, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEW JERSEY, et al.<br><br>Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned that defendant WILLIAM STEPIEN is hereby dismissed from this matter without prejudice and without costs against either party, subject to plaintiffs' and the plaintiff class members' right to refile and reassert claims against WILLIAM

STEPIEN in which case WILLIAM STEPIEN will not assert any statute of limitations defenses.

**THE EPSTEIN LAW FIRM, P.A.**
340 West Passaic Street
Rochelle Park, New Jersey 07662
(201) 845-5962

By: _____
MICHAEL J. EPSTEIN
mjepstein@theepsteinlawfirm.com

By: _____
BARRY D. EPSTEIN
bdepstein@theepsteinlawfirm.com

**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300

By: _____
KEVIN H. MARINO
kmarino@khmarino.com

**DATED:** _____

　　　　　　　　　　　　　　　　　　　　　　**HONORABLE**