

KAUFMAN DOLOWICH VOLUCK
ATTORNEYS AT LAW

Kaufman Dolowich Voluck, LLP
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601-7086

*Karol Corbin Walker, Esq.*
*Direct Dial: 201-708-8245*
*Email: kcorbinwalker@kdvlaw.com*

Telephone: 201.488.6655
Facsimile: 201.488.6652

www.kdvlaw.com

August 23, 2023

**VIA ECF ONLY**

Honorable Jessica S. Allen
United States Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Court Room: MLK 2B
Newark, New Jersey 07101

> **RE:** *Galicki, et al. v. State of New Jersey, et al.*
> **Civil Action No.: 2:14-cv-00169 (JXN-JSA)**

Dear Judge Allen:

On August 22, 2023, Your Honor appointed me as a mediator in the above-referenced matter. I respectfully advise the Court that this firm has a conflict, and I am therefore unable to serve as a mediator in this matter. We look forward to the opportunity to work with the Court on future matters as a mediator.

Respectfully submitted,

**KAUFMAN DOLOWICH VOLUCK, LLP**

By: _____
Karol Corbin Walker, Esq.

KCW:st

cc: Counsel of Record (via ECF only)

4858-1696-1914, v. 1

New York | New Jersey | California | Pennsylvania | Florida | Connecticut | Illinois | Texas | Louisiana