# The Epstein Law Firm, P.A.

340 West Passaic Street
Rochelle Park, New Jersey 07662
www.theepsteinlawfirm.com

Tel (201) 845-5962
Fax (201) 845-5973

Barry D. Epstein *
Michael J. Epstein * ◊
April M. Gilmore * ◊
Michael A. Rabasca ◊

*Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney
◊ Also Admitted in New York

Jeffrey B. Richter
George E. Morton, III

Hon. John E. Selser (Ret.)
Counsel

March 24, 2025

***Via ECF***
Honorable Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    ***Re: Galicki v. State of New Jersey, et al.***
    ***Docket No: 14-cv-169 (JXN-JSA)***

Dear Judge Allen:

    This letter is submitted on behalf of all parties pursuant to Your Honor's March 10, 2025 text order (Dkt#406) requesting a status report in light of the Opinion (Dkt#404) and Order entered by The Honorable Julien X. Neals, U.S.D.J. on March 6, 2025 denying plaintiffs' motion for reconsideration.

    On March 20, 2025, plaintiffs petitioned the United States Court of Appeals for the Third Circuit for permission to appeal Judge Neal's March 6, 2025 Order, as well as his March 13, 2023 Order denying class certification, pursuant to Fed. R. Civ. P. 23(f). Defendants are in receipt of plaintiffs' petition and intend to respond to same.

    Pursuant to Your Honor's instructions, the parties have met and conferred regarding the next steps of this litigation and the parties agree that discussion of a mediation and/or a settlement conference is premature at this juncture while plaintiffs' petition is pending. Once the Third Circuit rules on plaintiffs' petition, the parties will be in a better position to determine

**THE EPSTEIN LAW FIRM, P.A.** <u>                                                  **Page 2**</u>

whether mediation and/or a settlement conference could be fruitful.

    We thank the Court in advance for its kind attention.

               Respectfully submitted,

               */s/ Michael J. Epstein*
               MICHAEL J. EPSTEIN
               mjepstein@theepsteinlawfirm.com

               */s/ Michael A. Rabasca*
               MICHAEL A. RABASCA
               mrabasca@theepsteinlawfirm.com

MJE/mar
cc: All counsel of record (via ECF)