# The Epstein Law Firm, P.A.

340 West Passaic Street
Rochelle Park, New Jersey 07662
www.theepsteinlawfirm.com

Tel (201) 845-5962
Fax (201) 845-5973

Barry D. Epstein *
Michael J. Epstein * ◊
April M. Gilmore * ◊
Michael A. Rabasca ◊

*Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney
◊ Also Admitted in New York

Jeffrey B. Richter
George E. Morton, III

Hon. John E. Selser (Ret.)
Counsel

June 27, 2025

**_Via ECF_**
Honorable Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **_Re:  Galicki v. State of New Jersey, et al._**
> **_Docket No: 14-cv-169 (JLL-JAD)_**

Dear Judge Allen:

This letter is submitted on behalf of all parties pursuant to Your Honor's June 9, 2025 text order (Dkt#409) requesting a status report in light of the Third Circuit's denial of plaintiffs' petition for permission to appeal Judge Neal's March 6, 2025 Order, as well as his March 13, 2023 Order denying class certification, pursuant to Fed. R. Civ. P. 23(f).

Counsel have met and conferred regarding the next steps of this litigation.  However, plaintiffs' counsel requires additional time to meet with their clients to discuss whether they wish to continue this litigation on an individual basis in light of the above rulings.  Plaintiffs respectfully request forty-five (45) days for this purpose after which we will report back to Your Honor.  Please be advised that counsel for defendant Port Authority of New York and New Jersey consents to this request.

We thank the Court in advance for its kind attention.

**THE EPSTEIN LAW FIRM, P.A.**                                    **Page 2**

                              Respectfully submitted,

                              */s/ Michael J. Epstein*
                              MICHAEL J. EPSTEIN
                              mjepstein@theepsteinlawfirm.com

                              */s/ Michael A. Rabasca*
                              MICHAEL A. RABASCA
                              mrabasca@theepsteinlawfirm.com

MJE/mar
cc:  All counsel of record (via ECF)