# The Epstein Law Firm, P.A.

340 West Passaic Street
Rochelle Park, New Jersey 07662
www.theepsteinlawfirm.com

Tel (201) 845-5962
Fax (201) 845-5973

| | |
|---|---|
| Barry D. Epstein * | Jeffrey B. Richter |
| Michael J. Epstein * ◊ | George E. Morton, III |
| Michael A. Rabasca ◊ | |
| | |
| *Certified by the Supreme Court of New Jersey as a Civil Trial Attorney | Hon. John E. Selser (Ret.) |
| ◊ Also Admitted in New York | Counsel |

September 22, 2025

**_Via ECF_**
Honorable Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

        **_Re: Galicki v. State of New Jersey, et al._**
        **_Docket No: 14-cv-169 (JLL-JAD)_**

Dear Judge Allen:

    As you are aware, this office represents plaintiffs in the above matter. Please be advised that in light of the Third Circuit's denial of plaintiffs' petition for permission to appeal Judge Neal's March 6, 2025 Order, as well as his March 13, 2023 Order denying class certification, pursuant to Fed. R. Civ. P. 23(f), the proposed class representatives will not be pursuing their claims further on an individual basis and are prepared to dismiss their claims at this juncture.

    We thank the Court in advance for its kind attention.

                             Respectfully submitted,

                              _/s/ Michael J. Epstein_
                              MICHAEL J. EPSTEIN
                              mjepstein@theepsteinlawfirm.com

                              _/s/ Michael A. Rabasca_
                              MICHAEL A. RABASCA
                              mrabasca@theepsteinlawfirm.com

MJE/mar
cc: All counsel of record (via ECF)